IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00178-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUCIO CONTRERAS-VIERAS,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on defendant's Motion for Sentence Reduction Pursuant to Title 18 U.S.C. § 3582(c) [Docket No. 68] and Motion for Sentence Reduction Pursuant to Title 18 U.S.C. § 3582(c) [Docket No. 71], which are brought pursuant to 18 U.S.C. § 3582(c). The defendant does not identify any exception within Section 3582(c) that would take the defendant out of Congress' directive that the "court may not modify a term of imprisonment once it has been imposed." As a result, the defendant identifies no grounds on which the Court could reduce his sentence.

Wherefore, it is

**ORDERED** that defendant's Motion for Sentence Reduction Pursuant to Title 18 U.S.C. § 3582(c) [Docket No. 68] and Motion for Sentence Reduction Pursuant to Title 18 U.S.C. § 3582(c) [Docket No. 71] are denied. It is further

**ORDERED** that the Motion for Information [Docket No. 70] is denied.

DATED May 15, 2013.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge